IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEVIN PUGH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:25-cv-00372-RAH ) |
| CLEVELAND POOLE, | ) ) |
| Defendant. | ) ) |

## ORDER AND FINAL JUDGMENT

On December 2, 2025, the Magistrate Judge recommended (*see* doc. 9) dismissal of this case because Plaintiff had failed to file a certified prison account statement as previously ordered (*see* doc. 8).

No objection has been filed to the Magistrate Judge's Recommendation. Upon an independent review of the file and for good cause, and upon consideration of the Recommendation of the Magistrate Judge, it is **ORDERED** as follows:

1. The Recommendation (Doc. 9) is **ADOPTED**;
2. Plaintiff's Application to Proceed Without Prepayment of Fees (Doc. 2) is **DENIED** as moot;
3. This case is **DISMISSED**; and,
4. The Clerk of Court is **DIRECTED** to close the case.

**DONE** on this the 29th day of December 2025.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE

Case 2:25-cv-00372-RAH-JTA    Document 10    Filed 12/29/25    Page 2 of 2